## No. 28127

**Timothy Davis v. The District Court in and for the Second Judicial District and State of Colorado, and the Honorable Gilbert Alexander, one of the Judges thereof**

(579 P.2d 617)

Decided May 30, 1978.

John A. Purvis, Acting State Public Defender, Craig L. Truman, Chief Deputy, Alex J. Martinez, Deputy, for petitioner.

The Honorable Gilbert A. Alexander, pro se.

*En Banc.*

Per Curiam

Petitioner Timothy Davis is charged with the crime of aggravated robbery in Denver District Court. Upon his petition under C.A.R. 21, we issued a rule addressed to the respondent district judge to show cause why he should not be ordered to continue the petitioner's original bond and to

release the petitioner from pretrial confinement. In his answer, the respondent judge inter posed no objection to granting this relief and thereafter promptly granted the relief.

Since the petitioner has now been granted the relief he requested, the issues are now moot and we discharge the rule.